**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Shawn Canada,                                           Case No. 21-cv-2388 (PJS/DTS)

      Plaintiff,

v.                                                                **ORDER**

Doug Nelson, et al.,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated December 1, 2021. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to comply with this Court's November 2, 2021 Order.

2. Canada's second application to proceed *in forma pauperis* of plaintiff Shawn Canada is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1/4/22                                           s/Patrick J. Schiltz_____
                                                                               Patrick J. Schiltz
                                                                               United States District Judge